IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS ZANOTTI,

    Plaintiff,

v.                                    Case No. 1:23-cv-00243-KRS-KK

RTNJ ENTERPRISES, LLC,
RTNJ HOLDING CO., LLC, and
RODNEY BOLIN,

    Defendants.

**STIPULATED ORDER GRANTING JOINT
MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**

THIS MATTER having come before the Court on the Joint Motion to Dismiss All Claims with Prejudice, and the Court, having considered the joint motion and finding good cause to grant the relief requested therein, ORDERS:

1. Plaintiff's complaint, any amendments to such complaint, and all claims or causes of action arising out of or relating in any way to the events alleged in the complaint against Defendants are DISMISSED WITH PREJUDICE.

2. The parties will bear their own attorneys' fees, costs, and expenses incurred in connection with this lawsuit.

                                                            Honorable Kevin R. Sweazea
                                                            United States District Court Magistrate Judge

Approved by:

| | |
|---|---|
| THE LAW OFFICE OF HOLLY R. HARVEY, LLC<br><br>***Approved via email on August 21, 2023***<br>_____<br>Holly R. Harvey<br>*Attorneys for Plaintiff*<br>PO Box 92544<br>Albuquerque NM 87199<br>Phone: (505) 453-5549<br>holly@hrhlawnm.com | YLAW, P.C.<br><br>*/s/ Sean E. Garrett*_____<br>S. Carolyn Ramos<br>Sean E. Garrett<br>*Attorneys for Defendants*<br>4908 Alameda Blvd NE<br>Albuquerque NM 87113<br>Phone: (505) 266-3995<br>cramos@ylawfirm.com<br>sgarrett@ylawfirm.com |